The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Saddam Naji,<br><br>                Petitioner,<br><br>    v.<br><br>John F. Kelly, et al.,<br><br>                Respondents. | CASE NO. 2:17-cv-00194-RAJ<br><br>STIPULATED MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE AND REMAND TO USCIS |

## **JOINT STIPULATION**

The parties stipulate that this matter may be dismissed without prejudice and without costs or fees to either party, and that this matter may be remanded to United States Citizenship and Immigration Services (USCIS), pursuant to 8 U.S.C. § 1447(b), for USCIS to adjudicate Petitioner Saddam Naji's N-400 Application for Naturalization within thirty days of the date of an order dismissing this matter.

Stipulated Motion and Order of Dismissal
2:17-cv-00194-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated this 13th day of April, 2017. | Dated this 13th day of April, 2017. |
| 2 | Law Offices of Bart Klein | ANNETTE L. HAYES |
| 3 | | United States Attorney |

| | | |
|---|---|---|
| 4 | *s/ Bart Klein* | *s/ Kyle A. Forsyth* |
| 5 | BART KLEIN, WSBA No. 10909 | KYLE A. FORSYTH, WSBA No. 34609 |
| | Law Offices of Bart Klein | Assistant United States Attorney |
| 6 | 605 First Avenue South, Suite 500 | United States Attorney's Office |
| 7 | Seattle, Washington 98104 | 700 Stewart Street, Suite 5220 |
| 8 | Phone: 206-624-3787 | Seattle, Washington 98101-1271 |
| | Email: bart.klein@bartklein.com | Phone: 206-553-7970 |
| 9 | Attorney for Petitioner | Email: kyle.forsyth@usdoj.gov |
| | | Attorney for Respondents |

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to any party, and remanded to USCIS for the agency to adjudicate Petitioner Saddam Naji's N-400 Application for Naturalization within thirty days of the date of this order.

DATED this 13th day of April, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

Stipulated Motion and Order of Dismissal
2:17-cv-00194-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970